IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00306-WYD-MEH

KIMBERLY ANNE RYERSON and
KERRY RYERSON MILDON,

    Plaintiffs,

v.

DANIEL M. DONATO, M.D.;
EDWARD KIRSCHMAN, M.D.; and
JAMES R. DENTON, M.D.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 18, 2006.**

For good cause shown, the Joint Motion to Modify the Scheduling Order and to Extend the Time for Filing F.R.C.P. 26(a)(2) Disclosures and the Discovery Cut-Off Date [Filed September 14, 2006; Docket #26] is **granted,** in part, and **denied**, in part**.**

The motion demonstrates the cause required for an extension of the expert disclosure and discovery deadlines. However, the extension of these deadlines directly impacts the dispositive motion deadline in this case, which may or may not be an issue of concern to the parties, which perhaps explains why it was not addressed by the motion. In the interests of judicial economy, and based upon the good cause shown for extension of the deadlines requested, the Court *sua sponte* determines that the dispositive motion deadline shall also be extended. Extension of these deadlines in the manner set forth below will not prejudice or impact the conference or trial deadlines set in this case. Accordingly, the following case management deadlines shall hereafter govern this case:

| | | |
|---|---|---|
| ! | Plaintiffs' Expert Witness Disclosures: | December 1, 2006 |
| ! | Defendants' Expert Witness Disclosures: | January 1, 2007 |
| ! | Rebuttal Expert Witness Disclosures: | January 25, 2007 |
| ! | Discovery Cutoff: | February 15, 2007 |
| ! | Dispositive Motion Deadline: | February 28, 2007 |

The parties are cautioned that absent truly exceptional circumstances, no further extensions of these deadlines will be granted.