IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00306-WYD-MEH

KIMBERLY ANNE RYERSON and
KERRY RYERSON MILDON,

    Plaintiffs,

v.

DANIEL M. DONATO, M.D.;
EDWARD KIRSCHMAN, M.D.; and
JAMES R. DENTON, M.D.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 7, 2007.**

    Based upon the filing of the Stipulated Motion for Dismissal, with Prejudice, of Defendants Daniel M. Donato, M.D. and Edward Kirschman (Docket #45), the settlement conference scheduled in this matter for Monday, March 12, 2007, at 10:00 a.m., is hereby **vacated.**

    Additionally, based upon the Stipulated Motion for Dismissal, Defendants' Motion to Strike Plaintiffs' Endorsement of Michael Dillon, M.D. and Exclude Testimony [Filed January 25, 2007; Docket #30] and Plaintiff's Motion for Protective Order [Filed February 23, 2007; Docket #39] are deemed **moot.**