## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Wiley Y. Daniel

Civil Action No.  06-cv-00306-WYD-MEH

KIMBERLY ANNE RYERSON, and
KERRY RYERSON MILDON,

    Plaintiffs,

v.

DANIEL M. DONATO, M.D.,
EDWARD KIRSCHMAN, M.D., and
JAMES R. DENTON, M.D.

    Defendants.

---

## ORDER TO DISMISS, WITH PREJUDICE,
## DEFENDANTS DANIEL M. DONATO, M.D. AND EDWARD KIRSCHMAN

---

THIS MATTER, comes before the Court on the Stipulated Motion for Dismissal, With Prejudice, of Defendants Daniel M. Donato, M.D. and Edward Kirschman, M.D., filed March 7, 2007 (docket #45) and the Court being fully advised in the premises.

HEREBY ORDERS, that the above-described action against Defendants Daniel M. Donato, M.D. and Edward Kirschman, M.D. is hereby **DISMISSED WITH PREJUDICE**, each party to pay his or her own costs and attorney fees.

  Dated:  March 12, 2007

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  U. S. District Judge